# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIS BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>DTE ENERGY SERVICES, INC., et al.,<br><br>    Defendants. | Case No.: 1:19-cv-1675 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE; ORDER CLOSING THE ACTION<br>(Doc. 16) |

The parties have stipulated to this action being dismissed with prejudice, with each side to bear their own fees and costs. (Doc. 16) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED assign a district judge to this case and to close this action.

IT IS SO ORDERED.

Dated:   **November 2, 2020**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1